

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ISAAC C. LENSEY TDCJ NO. 1804518, | § | No. 08-23-00065-CV |
| Appellant, | § | Appeal from the |
| | § | 83rd Judicial District Court |
| v. | § | of Pecos County, Texas |
| MARLENE ESCONTRIAS, TAMMY SHELBY and JAMADRE ENGE, | § | (TC# P-8436-83-CV) |
| Appellees. | | |

### <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution, as Appellant has not filed an Appellant's brief. *See* TEX. R. APP. P. 42.3.

On May 17, 2023, the Clerk of this Court sent Appellant a letter notifying him that it appeared he no longer wished to pursue this appeal, as neither an Appellant's brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal after ten days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has neither filed an Appellant's brief nor a motion for extension

of time to file a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).


LISA J. SOTO, Justice

May 31, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.